**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| JOSEF GORRES<br>Plaintiff, | : | |
| v. | : | CA No. 04-319T |
| THE UNIVERSITY OF RHODE ISLAND<br>Defendant. | : | |

## ENTRY OF APPEARANCE

The undersigned hereby enters her appearance on behalf of the Defendant, The University of Rhode Island, in the above-entitled matter.

Respectfully submitted,

Sandra A Lanni

Sandra A. Lanni (#2147)
General Counsel
Rhode Island Board of Governors for
Higher Education
301 Promenade Street
Providence, RI 02908
(401) 222-6560, ext. 111
(401) 222 2545 (Fax)

## CERTIFICATION

I hereby certify that a true copy of the within document was mailed to David S. Cass, Esquire, 194 Waterman Street, Providence, RI 02906 on the 18th day of August, 2004, by regular mail, postage prepaid.

Dahra A. Foal

2