**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF RHODE ISLAND**

RECEIVED
AUG 30 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

JOSEF GORRES
Plaintiff,

v. : CA No. 04-319T

THE UNIVERSITY OF RHODE ISLAND
Defendant.

**STIPULATION**

Plaintiff agrees that Defendant, University of Rhode Island, may have an additional thirty (30) days within which to file an answer in the above-entitled matter. Defendant's answer shall be filed on or before September 17, 2004.

David S. Cass, Esquire (#5044)
194 Waterman Street
Providence, RI 02906
(401) 272-2627
(401) 272-2708 (Fax)

Sandra A. Lanni (#2147)
General Counsel
Rhode Island Board of Governors for
Higher Education
301 Promenade Street
Providence, RI 02908
(401) 222-6560, ext. 111
(401) 222 2545 (Fax)

Dated: August 18, 2004

ENTER
Ernest C. Torres
Chief, U.S. District Judge

DATE: 9/1/04

3