UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOSEF GORRES,<br><br>Plaintiff,<br><br>v.<br><br>THE UNIVERSITY OF RHODE ISLAND,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 04-319-T |

**STIPULATION EXTENDING TIME TO RESPOND TO DISCOVERY**

The parties hereby stipulate that the time in which Plaintiff may respond to Plaintiff's Interrogatories and Request for Production of Documents propounded on or about November 30, 2004 is extended through and including January 17, 2005.

Josef Gorres,
By his attorney,

David S. Cass, #5044
194 Waterman Street
Providence, R.I. 02906

University of Rhode Island,
by its attorney

1/3/05

Jeffrey S. Michaelson (#3299)
Michaelson & Michaelson
P.O. Box 622
7454 Post Road
North Kingstown, R.I. 02852
(401)295-4330
(Fax)885-7199

RECEIVED
JAN 10 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

SCANNED

7