UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
JAN 18 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOSEF GORRES,<br><br>Plaintiff,<br><br>v.<br><br>THE UNIVERSITY OF RHODE ISLAND,<br><br>Defendant. | ) | C.A. No. 04-319-T |

**MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**

Now comes the University of Rhode Island ("URI") moves that the Court enter the Protective Order agreed to between the parties concerning confidential information to be disclosed during discovery and as otherwise set forth in the Protective Order. A copy of the Stipulated Protective Order is attached hereto.

In support of this Motion, URI states as follows:

1. This matter is an employment discrimination claim brought by Plaintiff against the University of Rhode Island.

2. Discovery in this matter relates to, *inter alia*, the identity and other personal information regarding applicants for a position at URI, as well as similar information regarding certain employees of URI.

3. URI is not aware of whether other applicants for positions at URI notified their existing employers of their application to URI or whether they expect/desire that their applications remain confidential. In addition, URI believes it appropriate to maintain confidentiality of personal information regarding URI employees.

4. The parties recognize, however, that due and appropriate discovery in this matter includes

9

matters which URI believes should remain confidential and, potentially, information which Plaintiff may disclose which, likewise, should remain confidential.

5. The parties have agreed to the terms of a Protective Order, subject to the Court's approval which the parties believe will permit appropriate discovery while, at the same time, afford reasonable protection to confidential information.

6. URI believes that, under the circumstances, a Memorandum of Law is not required with this Motion, but will provide one if the Court desires.

WHEREFORE, the University of Rhode Island respectfully prays that the original Protective Order submitted herewith be entered by the Court.

Respectfully submitted,
The University of Rhode Island,
By its attorneys,

Date: 1/17/05

Timothy J. Dodd (jz)

Timothy J. Dodd, Esq. (#3150)
215 Broadway
Providence, R.I. 02903
Telephone: (401)272-3900
Facsimile: (401)331-1440

Date: 1/17/05

Jeffrey S. Michaelson, Esq. (#3299)
Michaelson & Michaelson
P.O. Box 622
North Kingstown, R.I. 02852
Telephone: (401) 295-4330
Facsimile: (401) 885-7199

**GRANTED**

Ernest C. Torres
Chief, US District Judge
1-26-05

FILED