**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF RHODE ISLAND**

JOSEF GORRES

*vs.* C.A. No.: 04-319T

THE UNIVERSITY OF RHODE ISLAND

**NOTICE TO TAKE DEPOSITION**

| | |
|---|---|
| DEPONENT: | Dennis Nixon |
| DATE: | February 23, 2005 |
| TIME: | 10:00 A.M. |
| PLACE: | Law Office of David S. Cass<br>194 Waterman Street, Providence, RI 02906 |

Please take notice that pursuant to R.C.P. 26, the deposition of the above-named individual will be taken on oral examination, which examination will continue from day to day until completed, the same to commence on the date and at the time above stated at the above stated location before a Notary Public commissioned in the State of Rhode Island.

Respectfully submitted:
JOSEF GORRES
By and through his attorney

David S. Cass, #5044
194 Waterman Street
Providence, RI 02906

**CERTIFICATION**

I hereby certify that I a true copy of the foregoing document was mailed, first class mail, postage prepaid this 10th day of February 2005 to:

Jeffrey Michaelson, Esquire
Michaelson & Michaelson
P.O. Box 622
North Kingstown, RI 02852

Timothy Dodd, Esquire
215 Broadway
Providence, RI 02903



11

**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF RHODE ISLAND**

JOSEF GORRES

*vs.* C.A. No.: 04-319T

THE UNIVERSITY OF RHODE ISLAND

**NOTICE TO TAKE DEPOSITION**

| | |
|---|---|
| DEPONENT: | Dr. Kathy Roheim |
| DATE: | February 23, 2005 |
| TIME: | 11:00 A.M. |
| PLACE: | Law Office of David S. Cass<br>194 Waterman Street, Providence, RI 02906 |

Please take notice that pursuant to R.C.P. 26, the deposition of the above-named individual will be taken on oral examination, which examination will continue from day to day until completed, the same to commence on the date and at the time above stated at the above stated location before a Notary Public commissioned in the State of Rhode Island.

Respectfully submitted:
JOSEF GORRES
By and through his attorney

David S. Cass, #5044
194 Waterman Street
Providence, RI 02906

**CERTIFICATION**

I hereby certify that I a true copy of the foregoing document was mailed, first class mail, postage prepaid this 10th day of February 2005 to:

Jeffrey Michaelson, Esquire
Michaelson & Michaelson
P.O. Box 622
North Kingstown, RI 02852

Timothy Dodd, Esquire
215 Broadway
Providence, RI 02903

**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF RHODE ISLAND**

JOSEF GORRES

*vs.* C.A. No.: 04-319T

THE UNIVERSITY OF RHODE ISLAND

**NOTICE TO TAKE DEPOSITION**

| | |
|---|---|
| DEPONENT: | Dr. Jose A. Amador |
| DATE: | February 23, 2005 |
| TIME: | 12:00 Noon |
| PLACE: | Law Office of David S. Cass<br>194 Waterman Street, Providence, RI 02906 |

Please take notice that pursuant to R.C.P. 26, the deposition of the above-named individual will be taken on oral examination, which examination will continue from day to day until completed, the same to commence on the date and at the time above stated at the above stated location before a Notary Public commissioned in the State of Rhode Island.

Respectfully submitted:
JOSEF GORRES
By and through his attorney

David S. Cass, #5044
194 Waterman Street
Providence, RI 02906

**CERTIFICATION**

I hereby certify that I a true copy of the foregoing document was mailed, first class mail, postage prepaid this 10th day of February 2005 to:

Jeffrey Michaelson, Esquire
Michaelson & Michaelson
P.O. Box 622
North Kingstown, RI 02852

Timothy Dodd, Esquire
215 Broadway
Providence, RI 02903

**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF RHODE ISLAND**

JOSEF GORRES

*vs.* C.A. No.: 04-319T

THE UNIVERSITY OF RHODE ISLAND

**NOTICE TO TAKE DEPOSITION**

| | |
|---|---|
| DEPONENT: | Dr. Thomas Husband |
| DATE: | February 23, 2005 |
| TIME: | 1:00 P.M. |
| PLACE: | Law Office of David S. Cass<br>194 Waterman Street, Providence, RI 02906 |

Please take notice that pursuant to R.C.P. 26, the deposition of the above-named individual will be taken on oral examination, which examination will continue from day to day until completed, the same to commence on the date and at the time above stated at the above stated location before a Notary Public commissioned in the State of Rhode Island.

Respectfully submitted:
JOSEF GORRES
By and through his attorney

David S. Cass, #5044
194 Waterman Street
Providence, RI 02906

**CERTIFICATION**

I hereby certify that I a true copy of the foregoing document was mailed, first class mail, postage prepaid this 10th day of February 2005 to:

Jeffrey Michaelson, Esquire
Michaelson & Michaelson
P.O. Box 622
North Kingstown, RI 02852

Timothy Dodd, Esquire
215 Broadway
Providence, RI 02903