**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF RHODE ISLAND**

JOSEF GORRES

*vs.* C.A. No.: 04-319T

THE UNIVERSITY OF RHODE ISLAND

# MOTION TO COMPEL

NOW COMES the plaintiff in the above captioned matter and hereby move this Honorable Court for an order compelling the defendant to produce documents requested pursuant to Rule 34 of the Rules of Civil Procedure. In support hereof, defendants assert that a Plaintiff's Second Request for Production of Documents was served upon the defendant on March 4, 2005. See, Request for Production attached hereto. To date no response has been received.

WHEREFORE, plaintiff respectfully requests this Honorable Court issue an order compelling the defendants to produce the documents requested within twenty days from the date this motion is granted/allowed.

Respectfully submitted:
JOSEF GORRES
By and through his attorney

David S. Cass, #5044
194 Waterman Street
Providence, RI 02906



14

**ATTORNEY'S CERTIFICATION**

The movant has made a good faith attempt to confer with the party failing to make discovery in an effort to secure the material without court action.

**CERTIFICATION**

I hereby certify that I a true copy of the foregoing document was mailed, first class mail, postage prepaid this 19th day of April 2005 to:

Jeffrey Michaelson, Esquire
Michaelson & Michaelson
P.O. Box 622
North Kingstown, RI 02852

Timothy Dodd, Esquire
215 Broadway
Providence, RI 02903

10: 3P
FILED

**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF RHODE ISLAND**

JOSEF GORRES

*vs.* C.A. No.: 04-319T

THE UNIVERSITY OF RHODE ISLAND

**PLAINTIFF'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS ADDRESSED TO THE UNIVERSITY OF RHODE ISLAND**

This request for the production of documents is served in accordance with rule 34 of the Rules of Civil Procedure. Pursuant thereto, plaintiffs requests that the original of each of the documents requested be provided for inspection and copying at the law offices of plaintiff's counsel. Original includes any copy of a requested document that has changes, notes, interlineations or other markings that add or subtract any word or group of words to or from the similar "original".

The term document includes photographs and electronic storage and communication formats including but not limited to emails.

Documents kept by electronic means, such as computer disk, magnetic medium, tape, drive or other storage means shall be produced by a copy of the electronically stored document in ASCII text, or other agreed to format.

1. Any and all documents relating or pertaining to the hire of Kim Brosofske and/or Bridget Ruemmele and/or the search that resulted in either of their hire.

2. Any and all documents relating or pertaining to any program, federal, state or private, that addresses the advancement of hiring of women by the University of Rhode Island, including any and all documents relating or pertaining to any funds received or to be received by the university regarding the hiring or advancement of women in the sciences.

Respectfully submitted:
JOSEF GORRES
By and through his attorney

David S. Cass, #5044
194 Waterman Street
Providence, RI 02906

## CERTIFICATION

I hereby certify that I a true copy of the foregoing document was mailed, first class mail, postage prepaid this 4th day of March 2005 to:

Jeffrey Michaelson, Esquire
Michaelson & Michaelson
P.O. Box 622
North Kingstown, RI 02852

Timothy Dodd, Esquire
215 Broadway
Providence, RI 02903

FILED