UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

JOSEF GORRES

VS. C.A. #04-319T

THE UNIVERSITY OF RHODE ISLAND

**OBJECTION**

Now comes the Now comes the Defendant in the above matter and objects to Plaintiff's Third Request for Production of Documents.

In support of said Objection, Defendant states that said request is overly broad, unduly burdensome, and excessive as to time and scope, and not reasonably calculated to lead to discoverable information.

Additionally, Defendant objects to Plaintiff's Third Request for Production of Documents insofar as a response to said request would violate the Protective Order previously consented to Plaintiff and Defendant herein.

Defendant,
By its Attorney,

TIMOTHY J. DODD, ESQ. #3150
215 Broadway
Providence, RI 02903
(401) 272-3900 tel.
(401) 331-1440 fax

**CERTIFICATION**

I hereby certify that on this the 20th day of April, 2005, I mailed a true and correct copy of the within, via regular mail and postage prepaid to: Jeffrey Michaelson, Esq. Michaelson & Michaelson, P.O. Box 622, North Kingstown, RI 02852 and David S. Cass, Esq. 194 Waterman Street, Providence, RI 02906.

15