**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CA04-319T** **DATE: May 11, 2005**

**TITLE: JOSEF GORRES v. URI**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**



**C[illegible]ed**

**IN COURT:**

---

**COUNSEL PRESENT:** [illegible]
Tim[illegible]
Je[illegible]

**PROCEEDINGS:**

Motion to Compel - #14
Motion to Compel - #16

Attorneys argue.

**RULING:**

**Motions Granted in Part, Denied in Part**
**Order to follow by counsel**

18