**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF RHODE ISLAND**

JOSEF GORRES

*vs.* C.A. No.: 04-319T

THE UNIVERSITY OF RHODE ISLAND

**ORDER**

The above captioned matter came before the United States District Court for the District of Rhode Island, on May 11, 2005, ~~Justice~~ USMJ Almond presiding, on the plaintiff's Motions to Compel. After hearing by the Court, it is hereby

**ORDERED, ADJUDGED and DECREED**

1. Plaintiff's Motion to Compel regarding the Second Request for Production of Documents is decided as follows:

a. As to the first request, the motion is granted solely as to documents relating or pertaining to the hiring process for Kim Brosofske from the determination of candidates brought in for on-campus interviews through Dr. Brosofske's hire and denied as to all other documents requested.

b. As to the second request, the motion is denied, without prejudice, as moot due to an agreement between counsel for the parties.

2. Plaintiff's Motion to Compel regarding the Third Request for Production of Documents is decided as follows:



19

a. As to the first and second requests therein, the motion is granted with the restriction that the defendant is required only to produce responsive documents for the time period of January 1, 2000 through the present and for comparable academic positions and denied as to all other documents requested.

b. As to the third request therein, the motion is denied based on the representation of defendant's counsel that any such responsive documents have been previously produced.

3. The defendant shall produce the responsive documents within twenty days from the date of ~~the hearing hereon~~. this ORDER.

ORDERED:

U.S. MAGISTRATE JUDGE

DATE: 5/18/05

ENTERED:

Presented:

David S. Cass, #5044
194 Waterman Street
Providence, RI 02906

## CERTIFICATION

I hereby certify that I a true copy of the foregoing document was mailed, first class mail, postage prepaid this 16th day of May 2005 to:

Jeffrey Michaelson, Esquire
Michaelson & Michaelson
P.O. Box 622
North Kingstown, RI 02852

Timothy Dodd, Esquire
215 Broadway
Providence, RI 02903