**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF RHODE ISLAND**

JOSEF GORRES

*vs.* C.A. No.: 04-319T

THE UNIVERSITY OF RHODE ISLAND

**PLAINTIFFS' SUPPLEMENTAL DISCLOSURE PURSUANT TO RULE 26(a)**

Rule 26(a)(1)(B):

1. Documents produced herewith.

Respectfully submitted,
JOSEF GORRES
By and through his attorney,

David S. Cass, #5044
194 Waterman Street
Providence, RI 02906
(401) 272-2627
Fax: (401) 272-2708

**CERTIFICATION**

I hereby certify that a copy of the foregoing document was mailed via first class postage prepaid mail on the 3rd day of June 2004 to:

Jeffrey Michaelson, Esquire
Michaelson & Michaelson
P.O. Box 622
North Kingstown, RI 02852

Timothy Dodd, Esquire
215 Broadway
Providence, RI 02903