**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF RHODE ISLAND**

FILED
JUN 06 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

JOSEF GORRES

*vs.* C.A. No.: 04-319T

THE UNIVERSITY OF RHODE ISLAND

**JOINT MOTION FOR EXTENSION OF DISCOVERY CLOSURE DATE**

Now come the parties, by joint motion and by agreement, and respectfully request extension of the discovery closure date in the above-entitled matter. As their grounds therefore, the parties aver as follows:

1. The Court on May 18, 2005 ordered production of certain documents by the defendant. The defendant is currently compiling the documents responsive to the order of the Court.
2. Plaintiff intends to conduct at least one additional deposition after the production of the ordered documents.
3. The discovery closure date is June 15, 2005 and the parties agree and assert that the production of documents and depositions cannot be completed within the time set forth in the orders of this Court.

Based on all of the foregoing, and by agreement of the parties, the parties in this

matter respectfully request that the discovery closure date be extended from June 15, 2005 through July 31, 2005 and that all other time limits set forth in the pre-trial order be amended accordingly.

Respectfully submitted:
Josef Görres
By and through his attorney

David S. Cass, #5044
194 Waterman Street
Providence, RI 02906

The University of Rhode Island
By and through its attorney

Timothy Dodd, Esquire w/authority
215 Broadway
Providence, RI 02903

GRANTED No further extensions will be granted

Ernest C. Torres
Chief, US District Judge
6/14/05