**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF RHODE ISLAND**

JOSEF GORRES

*vs.* C.A. No.: 04-319T

THE UNIVERSITY OF RHODE ISLAND

**MOTION TO COMPEL**

NOW COMES the plaintiff in the above captioned matter and hereby move this Honorable Court for an order compelling the defendant to produce documents requested pursuant to Rule 34 of the Rules of Civil Procedure. In support hereof, defendants assert that a Plaintiff's Fourth Request for Production of Documents was served upon the defendant. See, Request for Production attached hereto. The defendant has objected to the request stating that they are overly broad, vexatious, and not reasonably calculated to lead to the discovery of admissible information. See Objection, attached hereto. The request and argument thereon are as follows:

1. Any and all documents relating or pertaining to any position search where the "Selected" candidate, as listed on the University of Rhode Island Request to Hire form (Form AA3) refused/declined the offer of the position from January 1, 2000 through the present for academic positions comparable to the position sought by the plaintiff.

ARGUMENT: The plaintiff's request seeks documents to establish a pattern of activity regarding the defendant's hiring process for circumstances similar to the undisputed facts of this case. Plaintiff's request is limited in time and scope in line with

this Courts prior ruling on a previous motion to compel. For these reasons, the request is not overly broad or vexatious is clearly appropriate and reasonably calculated to lead to the discovery of admissible evidence.

The defendant, in questioning the plaintiff during his deposition and in discussion, has posited that the University has no obligation to hire the defendant and no practice of moving down the list of candidates. The discovery sought is reasonably related to the defendant's practice for sufficiently similar circumstances to make the requests completely within the scope of Rules 26 and 34 of the Federal Rules of Civil Procedure.

Respectfully submitted:
JOSEF GORRES
By and through his attorney

David S. Cass, #5044
194 Waterman Street
Providence, RI 02906

**ATTORNEY'S CERTIFICATION**

The movant has made a good faith attempt to confer with the party failing to make discovery in an effort to secure the material without court action.

**CERTIFICATION**

I hereby certify that I a true copy of the foregoing document was mailed, first class mail, postage prepaid this 29th day of June 2005 to:

Jeffrey Michaelson, Esquire
Michaelson & Michaelson
P.O. Box 622
North Kingstown, RI 02852

Timothy Dodd, Esquire
215 Broadway
Providence, RI 02903

**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF RHODE ISLAND**

JOSEF GORRES

*vs.* C.A. No.: 04-319T

THE UNIVERSITY OF RHODE ISLAND

**PLAINTIFF'S FORTH REQUEST FOR PRODUCTION OF DOCUMENTS ADDRESSED TO THE UNIVERSITY OF RHODE ISLAND**

This request for the production of documents is served in accordance with rule 34 of the Rules of Civil Procedure. Pursuant thereto, plaintiff requests that the original of each of the documents requested be provided for inspection and copying at the law offices of plaintiff's counsel. Original includes any copy of a requested document that has changes, notes, interlineations or other markings that add or subtract any word or group of words to or from the similar "original".

The term document includes photographs and electronic storage and communication formats including but not limited to emails.

Documents kept by electronic means, such as computer disk, magnetic medium, tape, drive or other storage means shall be produced by a copy of the electronically stored document in ASCII text, or other agreed to format.

1. Any and all documents relating or pertaining to any position search where the "Selected" candidate, as listed on the University of Rhode Island Request to Hire

form (Form AA3) refused/declined the offer of the position from January 1, 2000 through the present for academic positions comparable to the position sought by the plaintiff.

Respectfully submitted:
JOSEF GORRES
By and through his attorney

David S. Cass, #5044
194 Waterman Street
Providence, RI 02906

**CERTIFICATION**

I hereby certify that I a true copy of the foregoing document was mailed, first class mail, postage prepaid this 9th day of ~~March~~ June 2005 to:

Jeffrey Michaelson, Esquire
Michaelson & Michaelson
P.O. Box 622
North Kingstown, RI 02852

Timothy Dodd, Esquire
215 Broadway
Providence, RI 02903

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

JOSEF GORRES

VS. C.A. #04-319T

THE UNIVERSITY OF RHODE ISLAND

**DEFENDANT'S OBJECTION TO FOURTH REQUEST FOR PRODUCTION FO DOCUMENTS**

Now comes the Defendant in the above matter and objects to Plaintiff's Fourth Request for Production of Documents.

In support of said Objection, Defendant states that said request is overly broad including references to "any and all documents" relating to the subject matter of the request.

Further, Plaintiff's Request for Production of Documents seek documentation regarding "any" position search where the "selected" candidate, as listed on the University of Rhode Island Request to Hire Form, refused/declined the offer of position from January 1, 2000 to the present for academic positions comparable to the position sought by Plaintiff.

It appears that Plaintiff shall, by the within request, seek to compare and contrast the search relating to Plaintiff herein to any and every other search conducted by the Defendant herein.

Defendant contends that the within Request for Production of Documents in overly broad, vexatious, and not reasonably calculated to lead to discoverable information.

Defendant,
By its Attorney,

TIMOTHY J. DODD, ESQ. #3150
215 Broadway
Providence, RI 02903
(401) 272-3900 tel.
(401) 331-1440 fax

**CERTIFICATION**

I hereby certify that on this the 20th day of June, 2005, I mailed a true and correct copy of the within, via regular mail and postage prepaid to David S. Cass, Esq., 194 Waterman Street, Providence, RI 02906.