UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

JOSEF GORRES

VS. C.A. #04-319T

THE UNIVERSITY OF RHODE ISLAND

**NOTICE TO TAKE DEPOSITION**

PLEASE TAKE NOTICE that the undersigned attorney will take the deposition of:

NAME: Keith T. Killingbeck
DATE: July 20, 2005
TIME: 2:00 p.m.
PLACE: LAW OFFICE OF TIMOTHY J. DODD, ESQ., 215 Broadway, Providence, Rhode Island 02903 pursuant to Superior Rule Civil Procedure 30, at the time and date indicated above; and, if necessary, from day to day until completed.

Defendant,
By its Attorney,

Timothy J. Dodd, Esq. #3150
215 Broadway
Providence, RI 02903
Tel: (401) 272-3900
Fax: (401) 331-1440

**CERTIFICATION**

I hereby certify that on this the 5th day of July, 2005, I mailed a true and correct copy of the within, via regular mail and postage prepaid to

Jeffrey Michaelson
Michaelson & Michaelson
P.O. Box 622
North Kingstown, RI 02852

David S. Cass, Esq.
194 Waterman Street
Providence, RI 02906

Mary Ellen Hall
ME Hall Court Reporting
108 Walnut Street
Warwick, RI 02888