UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

JOSEF GORRES

VS. C.A. #04-319T

THE UNIVERSITY OF RHODE ISLAND

FILED
JUL 7 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**OBJECTION**

Now comes the Defendant in the above matter and objects to Plaintiff's "Motion for Entry of Default".

In support of said Objection, Defendant states that the documents to be produced were due on or about June 28, 2005.

Defendant's counsel is informed that Defendant's in-house counsel at the University of Rhode Island was out of the office for the week of June 24, 2005 through July 1, 2005.

Additionally, the documentation being sought by Plaintiff is voluminous including Federal regulations regarding Affirmative Action policies, which, although likely already in the possession of the Plaintiff through other means, Defendant is required to produce and which production shall be voluminous.

Defendant's counsel herein has confirmed that the documentation at issue should be received forthwith.

Additionally, Defendant's counsel further states that he Defendant's counsel has numerous conversations with Plaintiff's counsel regarding the difficulties in producing the volume of paperwork Plaintiff has requested.

WHEREFORE, Defendant prays that Plaintiff's Motion for Entry of Default be denied.

Defendant,
By its Attorney,

TIMOTHY J. DODD, ESQ. #3150
215 Broadway
Providence, RI 02903
(401) 272-3900 tel.
(401) 331-1440 fax

**CERTIFICATION**

I hereby certify that on this the 5th day of July, 2005, I mailed a true and correct copy of the within, via regular mail and postage prepaid to: Jeffrey Michaelson, Esq., Michaelson & Michaelson, P.O. Box 622, North Kingstown, RI 02852 and David S. Cass, Esq., 194 Waterman Street, Providence, RI 02906.