# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF RHODE ISLAND

FILED
JUL 01 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

JOSEF GORRES

*vs.* C.A. No.: 04-319T

THE UNIVERSITY OF RHODE ISLAND

## MOTION FOR ENTRY OF DEFAULT

NOW COMES the plaintiff in the above captioned matter and hereby moves this Honorable Court, pursuant to Rule 37 of the Federal Rules of Civil Procedure, for entry of default, and/or other sanction, as allowed by rule. In support hereof, plaintiff asserts that Plaintiff's Motions to Compel responses to requests for production were granted on May 11, 2005 with the order being executed on May 18, 2005 ordering the defendant to produce the ordered documents within 20 days. Said twenty days passed on June 8, 2005 and the documents have not been produced. Plaintiff's counsel has inquired of defendant's counsel as to the production ordered and was told that the documents should be received by June 24, 2005. To date no documents have been received.

WHEREFORE, plaintiff respectfully requests this Honorable Court enter default, and/or other sanction as allowed by rule, against the defendant for failure to produce the documents ordered produced by this Court

7/8/05: DENIED. PLAINTIFF'S MOTION DOES NOT CONTAIN THE "GOOD FAITH" CERTIFICATION REQUIRED BY Fed.R.Civ.P. 37(a)(2) AND DOES NOT INCLUDE SUFFICIENT GROUNDS TO WARRANT THE EXTREME SANCTION OF DEFAULT AS REQUESTED.
USMJ

Referred to U.S.M.J. Almond
☐ for findings & recommendations
☒ for determination
☐ ____________
Ernest C. Torres, Chief Judge
Date: 7/8/05

Respectfully submitted:
JOSEF GORRES
By and through his attorney

David S. Cass, #5044
194 Waterman Street
Providence, RI 02906