**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF RHODE ISLAND**

JOSEF GORRES

*vs.* C.A. No.: 04-319T

THE UNIVERSITY OF RHODE ISLAND

**NOTICE TO TAKE DEPOSITION**

| | |
|---|---|
| DEPONENT: | Paula Valliere |
| DATE: | July 27, 2005 |
| TIME: | 10:00 AM |
| PLACE: | Law Office of David S. Cass<br>194 Waterman Street, Providence, RI 02906<br>(Or other location as may be agreed between counsel) |
| DOCUMENTS: | Deponent is requested to bring any and all documents in her possession in her official capacity (including documents maintained by the Affirmative Action Office) and/or individually relating to the search for the position of terrestrial bio-geochemist |

Please take notice that pursuant to R.C.P. 26, the deposition of the above-named individual will be taken on oral examination, which examination will continue from day to day until completed, the same to commence on the date and at the time above stated at the above stated location before a Notary Public commissioned in the State of Rhode Island.

Respectfully submitted:
JOSEF GORRES
By and through his attorney

David S. Cass, #5044
194 Waterman Street
Providence, RI 02906

**CERTIFICATION**

I hereby certify that I a true copy of the foregoing document was mailed, first class mail, postage prepaid this 8th day of July 2005 to:

Jeffrey Michaelson, Esquire
Michaelson & Michaelson
P.O. Box 622
North Kingstown, RI 02852

Timothy Dodd, Esquire
215 Broadway
Providence, RI 02903