UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

JOSEF GORRES

VS. C.A. #04-319T

THE UNIVERSITY OF RHODE ISLAND

**MOTION FOR ENLARGEMENT OF TIME**

Now comes the Defendant in the above matter and moves this Honorable Court for an enlargement of time in which Defendant shall comply with that Court Order of May 18, 2005 in the above matter.

Defendant states that the Production that the Defendant was ordered to comply with was due on or about June 28, 2005.

Due to the unavailability of Defendant's in-house counsel and the volume of documentation that Plaintiff is seeking, Defendant seeks a reasonable enlargement of time in which to comply with that Court Order of May 18, 2005 to produce the previously Court Ordered documentation.

WHEREFORE, Defendant prays it's Motion for Enlargement of Time be granted.

7/22/05: GRANTED ABSENT OPPOSITION. Local Rule 12(a)(2). Defendant shall produce the documents by 8/19/05. Final Extension.
USMJ

Referred to U.S.M.J. Almond
☐ for findings ... recommendations
☒ for determination
☐ ______
Ernest C. Torres ... Judge
Date: 7/22/05

Defendant,
By its Attorney,

TIMOTHY J. DODD, ESQ. #3150
215 Broadway
Providence, RI 02903
(401) 272-3900 tel.
(401) 331-1440 fax

SCANNED