FILED
JUL 01 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

Referred to U.S.M.J. Almond
☐ for findings & recommendations
☒ for determination
☐ ________
Ernest C. Torres, Chief Judge
Date: 7/22/05

GRANTED ABSENT OPPOSITION. LOCAL RULE 12(a)(2). DEFENDANT'S OBJECTION IS OVERRULED. DEFENDANT SHALL PRODUCE ANY RESPONSIVE DOCUMENTS BY 8/31/05.
7/22/05.
USMJ

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF RHODE ISLAND

JOSEF GORRES

*vs.* C.A. No.: 04-319T

THE UNIVERSITY OF RHODE ISLAND

## MOTION TO COMPEL

NOW COMES the plaintiff in the above captioned matter and hereby move this Honorable Court for an order compelling the defendant to produce documents requested pursuant to Rule 34 of the Rules of Civil Procedure. In support hereof, defendants assert that a Plaintiff's Fourth Request for Production of Documents was served upon the defendant. See, Request for Production attached hereto. The defendant has objected to the request stating that they are overly broad, vexatious, and not reasonably calculated to lead to the discovery of admissible information. See Objection, attached hereto. The request and argument thereon are as follows:

1. Any and all documents relating or pertaining to any position search where the "Selected" candidate, as listed on the University of Rhode Island Request to Hire form (Form AA3) refused/declined the offer of the position from January 1, 2000 through the present for academic positions comparable to the position sought by the plaintiff.

ARGUMENT: The plaintiff's request seeks documents to establish a pattern of activity regarding the defendant's hiring process for circumstances similar to the undisputed facts of this case. Plaintiff's request is limited in time and scope in line with

SCANNED



25