UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOSEF GORRES,<br><br>Plaintiff,<br><br>v.<br><br>THE UNIVERSITY OF RHODE ISLAND,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 04-319-T |

**UNIVERSITY OF RHODE ISLAND'S MOTION TO EXTEND TIME FOR FILING MOTION FOR SUMMARY JUDGMENT**

The University of Rhode Island hereby moves that the time in which it may file a Motion for Summary Judgment be extended until the later of August 15, 2005 or ten (10) days after the Court conducts a Conference regarding the necessity and utility of such a Motion as provided for in the Court's Pretrial Order or such other date as the Court deems appropriate.

In support of this Motion, the University of Rhode Island states as follows:

1. The Pretrial Order in this matter provides that no Motions may be followed after the Closure Date, which is July 31, 2005, absent a Motion seeking leave to so file.

2. The parties have been cooperating in discovery in this matter. The last deposition was taken on July 27. All other written discovery and production has been completed, with the exception of portions of Defendant's production which has been delayed as a result of the absence of certain personnel over the summer break, but which is expected to be completed shortly.

3. Defendant's counsel have conferred with Plaintiff's counsel regarding the basis for the proposed Motion for Summary Judgment and have, concurrently with the filing of this Motion, requested a Conference with the District Judge concerning the necessity and utility of a Motion for Summary Judgment as required by the Pretrial Order.

4. Upon information and belief, given the nature of this Motion, no Memorandum of Law is required.

WHEREFORE, Defendant respectfully prays that this Motion be granted and that the time in which it may file a Motion for Summary Judgment be extended until the later of August 15, 2005 or ten (10) days after the Court conducts a Conference regarding the necessity and utility of such a Motion as provided for in the Court's Pretrial Order or such other date as the Court deems appropriate.

Respectfully submitted,
The University of Rhode Island,
By its attorneys,

Date: 7/29/05

Timothy J. Dodd, Esq. (#3150)
215 Broadway
Providence, R.I. 02903
Telephone: (401)272-3900
Facsimile: (401)331-1440

Date: 7/29/05

Jeffrey S. Michaelson, Esq. (#3299)
Michaelson & Michaelson
P.O. Box 622
North Kingstown, R.I. 02852
Telephone: (401) 295-4330
Facsimile: (401) 195-5220

**CERTIFICATION**

I hereby certify that a true and accurate copy of the foregoing document was mailed, by regular mail, postage prepaid, on this 29 day of July, 2005, to the following attorney(s) of record:

David S. Cass - Fax + mail
194 Waterman Street
Providence, R.I. 02906