**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF RHODE ISLAND**

JOSEF GORRES

vs. C.A. No.: 04-319T

THE UNIVERSITY OF RHODE ISLAND

**MOTION TO ALLOW MOTION OUTSIDE OF TIME REQUIREMENTS OF THE PRETRIAL ORDER**

NOW COMES the plaintiff in the above captioned matter and hereby moves this Honorable Court to grant the plaintiff leave to file a Motion to Amend the complaint in this matter. In support hereof, plaintiff asserts that the allowance of leave to file the Motion to Amend will not prejudice any of the parties hereto and will address the position proposed for the filing of a motion for summary judgment by the defendant. In further support hereof, the plaintiff hereby incorporates the memorandum in support hereof submitted herewith.

WHEREFORE, the plaintiff respectfully requests this Honorable Court to grant the plaintiff leave to file the Motion to Amend.

Respectfully submitted:
JOSEF GORRES
By and through his attorney

David S. Cass, #5044
194 Waterman Street
Providence, RI 02906

## CERTIFICATION

I hereby certify that I a true copy of the foregoing document was mailed, first class mail, postage prepaid this 11th day of August 2005 to:

Jeffrey Michaelson, Esquire
Michaelson & Michaelson
P.O. Box 622
North Kingstown, RI 02852

Timothy Dodd, Esquire
215 Broadway
Providence, RI 02903

**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF RHODE ISLAND**

JOSEF GORRES

vs. C.A. No.: 04-319T

THE UNIVERSITY OF RHODE ISLAND

**MEMORANDUM IN SUPPORT OF MOTION TO ALLOW MOTION OUTSIDE OF TIME REQUIREMENTS OF THE PRETRIAL ORDER**

The plaintiff in the above captioned matter and has moved this Honorable Court to grant the plaintiff leave to file a Motion to Amend the complaint in this matter. Plaintiff seeks to file the Motion to Amend outside the time constraints of this Court's Pretrial Order, ¶ 4. In support hereof, plaintiff asserts that the allowance of the motion for leave to file out of time and the motion sought to be filed, the Motion to Amend the complaint will not in any way prejudice the defendant.

The timing of the sought Motion to Amend is based on the pressing by the defendant of a defense to the complaint that was available to the defendant from the outset of this matter, and plead at that time, but that was not advanced by motion or otherwise until the motion deadline had passed. The defense asserted is based on the identity of the defendant and the statutory structure of the establishment of the University of Rhode Island. The University now asserts that the Board of Governors for Higher Education is the proper defendant. Said alleged proper defendant entered its appearance in this matter on August 18, 2004 and entered into a stipulation with the plaintiff at that

time. See Entry of Appearance of Sandra Lanni, attached hereto as Exhibit A and Stipulation, attached hereto as Exhibit B. Plaintiff asserts that the defendant's late pressing of this, at best hyper-technical, defense, and request for relief from the Pretrial Order support the plaintiff's sought relief for leave to file the Motion to Amend. Plaintiff further asserts that the granting of the motion is appropriate in light if the Board of Governor's involvement in this matter even prior to the filing of an answer.

For the above reasons, the plaintiff respectfully requests this Honorable Court to grant the plaintiff leave to file the Motion to Amend.

Respectfully submitted:
JOSEF GORRES
By and through his attorney

David S. Cass, #5044
194 Waterman Street
Providence, RI 02906

CERTIFICATION

I hereby certify that I a true copy of the foregoing document was mailed, first class mail, postage prepaid this 11th day of August 2005 to:

Jeffrey Michaelson, Esquire
Michaelson & Michaelson
P.O. Box 622
North Kingstown, RI 02852

Timothy Dodd, Esquire
215 Broadway
Providence, RI 02903

**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF RHODE ISLAND**

JOSEF GORRES
Plaintiff,

v. CA No. 04-319T

THE UNIVERSITY OF RHODE ISLAND
Defendant.

## ENTRY OF APPEARANCE

The undersigned hereby enters her appearance on behalf of the Defendant, The University of Rhode Island, in the above-entitled matter.

Respectfully submitted,

Sandra A Lanni

Sandra A. Lanni (#2147)
General Counsel
Rhode Island Board of Governors for
Higher Education
301 Promenade Street
Providence, RI 02908
(401) 222-6560, ext. 111
(401) 222 2545 (Fax)

## CERTIFICATION

I hereby certify that a true copy of the within document was mailed to David S. Cass, Esquire, 194 Waterman Street, Providence, RI 02906 on the 18th day of August, 2004, by regular mail, postage prepaid.

Dale A. Foat

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

JOSEF GORRES
Plaintiff,

v. CA No. 04-319T

THE UNIVERSITY OF RHODE ISLAND
Defendant.

**STIPULATION**

Plaintiff agrees that Defendant, University of Rhode Island, may have an additional thirty (30) days within which to file an answer in the above-entitled matter. Defendant's answer shall be filed on or before September 17, 2004.

David S. Cass, Esquire (#5044)
194 Waterman Street
Providence, RI 02906
(401) 272-2627
(401) 272-2708 (Fax)

Sandra A. Lanni
Sandra A. Lanni (#2147)
General Counsel
Rhode Island Board of Governors for Higher Education
301 Promenade Street
Providence, RI 02908
(401) 222-6560, ext. 111
(401) 222 2545 (Fax)

Dated: August 18, 2004

ENTER
Ernest C. Torres
Ernest C. Torres
Chief, U.S. District Judge
DATE
9/1/04

3