**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF RHODE ISLAND**

JOSEF GORRES

vs. C.A. No.: 04-319T

THE UNIVERSITY OF RHODE ISLAND

**MOTION TO ALLOW MOTION OUTSIDE OF TIME REQUIREMENTS OF THE PRETRIAL ORDER**

NOW COMES the plaintiff in the above captioned matter and hereby moves this Honorable Court to grant the plaintiff leave to file the attached Motion to Amend the complaint in this matter. In support hereof, plaintiff asserts that the allowance of leave to file the Motion to Amend will not prejudice any of the parties hereto and will address the position proposed for the filing of a motion for summary judgment by the defendant.

WHEREFORE, the plaintiff respectfully requests this Honorable Court to grant the plaintiff leave to file the Motion to Amend submitted herewith.

GRANTED. The plaintiff has until September 15, 2005, to file his motion to amend the complaint.

Ernest C. Torres

Ernest C. Torres, Chief Judge
8/31/05

Respectfully submitted:
JOSEF GORRES
By and through his attorney

David S. Cass, #5044
194 Waterman Street
Providence, RI 02906

## CERTIFICATION

I hereby certify that I a true copy of the foregoing document was mailed, first class mail, postage prepaid this 5th day of August 2005 to:

Jeffrey Michaelson, Esquire
Michaelson & Michaelson
P.O. Box 622
North Kingstown, RI 02852

Timothy Dodd, Esquire
215 Broadway
Providence, RI 02903