UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOSEPH GORRES,
Plaintiff

vs.   C.A. No. 04-319T

UNIVERSITY OF RHODE
ISLAND,
Defendant

**ORDER**

Defendant may have up to and including October 7th, 2005 to decide whether or not to file a Motion for Summary Judgment and to file such motion if they so choose. If Defendant chooses not to file such motion, Pretrial Memoranda will be due on October 17th, 2005 for both parties; if the Motion for Summary Judgment is filed, Pretrial Memoranda will be due 10 days after a decision is issued by the Court on the Motion for Summary Judgment.

By Order:

_____
Deputy Clerk

ENTER:

_____
Chief Judge Ernest C. Torres
date: 9/16/05