**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF RHODE ISLAND**

FILED
OCT 12 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

JOSEF GORRES

vs. C.A. No.: 04-319T

THE UNIVERSITY OF RHODE ISLAND

**ASSENTED TO MOTION TO EXTEND TIME FOR OBJECTION**

NOW COMES the plaintiff in the above captioned matter and hereby moves this Honorable Court to allow the plaintiff additional time to file an objection and memorandum in opposition to the Defendant's Motion for Summary Judgment. In support hereof, the plaintiff asserts that the motion was received by counsel on October 11, 2005 and will require a substantial response that will require more time than allowed by the Local Rules. Plaintiff's counsel has conferred with defendant's counsel and defendant's counsel has assented to the motion.

WHEREFORE, the plaintiff respectfully requests this Honorable Court to extend the time for plaintiff to file his objection to 30 days from the receipt of the motion, up to and including November 10, 2005.

GRANTED
Ernest C. Torres
Ernest C. Torres
Chief, US District Judge
10/25/05

Respectfully submitted:
JOSEF GORRES
By and through his attorney

David S. Cass, #5044
194 Waterman Street
Providence, RI 02906
(401) 272-2627
Fax: (401) 272-2708

**CERTIFICATION**

I hereby certify that I a true copy of the foregoing document was mailed, first class mail, postage prepaid this 11th day of October 2005 to:

Jeffrey Michaelson, Esquire
Michaelson & Michaelson
P.O. Box 622
North Kingstown, RI 02852

Timothy Dodd, Esquire
215 Broadway
Providence, RI 02903