UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

JOSEPH GORRES

    Plaintiff

    v.                               C.A. No.  04-319T

UNIVERSITY OF RHODE ISLAND

    Defendant

### ORDER GRANTING PLAINTIFF'S MOTION TO AMEND COMPLAINT

For reasons stated in open court, Plaintiff's Motion to Amend the Complaint is hereby granted. Defendant shall have up to and including October 24, 2005 to file an amended answer to the complaint and until November 3, 2005 to file a supplement to its Motion for Summary Judgment. Plaintiff shall have until November 30, 2005 to file a response to Defendant's Motion for Summary Judgment.

By Order

_____
Deputy Clerk

ENTER:

_____
Ernest C. Torres
Chief Judge
Date: 10/28/05