**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF RHODE ISLAND**

JOSEF GORRES

vs. C.A. No.: 04-319T

THE UNIVERSITY OF RHODE ISLAND

**ASSENTED TO MOTION TO EXTEND TIME FOR OBJECTION**

NOW COMES the plaintiff in the above captioned matter and hereby moves this Honorable Court to allow the plaintiff additional time to file an objection and memorandum in opposition to the Defendant University of Rhode Island's Motion to Dismiss. In support hereof, the plaintiff asserts that the issue presented in the motion is presented in the defendant's Motion for Summary Judgment and that plaintiff's objection thereto is due, as previously ordered by the Court, on November 30, 2005. Plaintiff's counsel has conferred with defendant's counsel and defendant's counsel has assented to the motion.

WHEREFORE, the plaintiff respectfully requests this Honorable Court to extend the time for plaintiff to file his objection up to and including November 30, 2005.

Respectfully submitted:
JOSEF GORRES
By and through his attorney

David S. Cass, #5044
194 Waterman Street
Providence, RI 02906
(401) 272-2627
Fax: (401) 272-2708

**CERTIFICATION**

I hereby certify that I a true copy of the foregoing document was mailed, first class mail, postage prepaid this 28th day of October 2005 to:

Jeffrey Michaelson, Esquire
Michaelson & Michaelson
P.O. Box 622
North Kingstown, RI 02852

Timothy Dodd, Esquire
215 Broadway
Providence, RI 02903