UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

JOSEF GORRES

v. CA No. 04-319-T

THE UNIVERSITY OF
RHODE ISLAND and THE RHODE ISLAND
BOARD OF GOVERNORS FOR HIGHER
EDUCATION

**ORDER PARTIALLY DENYING
MOTION FOR SUMMARY JUDGMENT**

To the extent that The Rhode Island Board of Governors' Motion for Summary Judgment relies on the argument that plaintiff has failed to exhaust administrative remedies because the Board was not named in the complaint filed with the Rhode Island Commission on Human Rights, the motion is denied because the Court previously rejected that argument. To the extent that the motion is made on other grounds, the motion hereby is referred to a Magistrate Judge for a Report and Recommendation.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: December 8 , 2005