UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

JOSEF GORRES

v. CA No. 04-319-T

THE UNIVERSITY OF RHODE ISLAND
and THE RHODE ISLAND BOARD OF
GOVERNORS FOR HIGHER EDUCATION

**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT and DENYING THE UNIVERSITY OF RHODE ISLAND'S MOTION TO DISMISS**

Defendants' Motions for Summary Judgment (Documents 44 and 53) as to plaintiff's gender discrimination claims under Counts I, II and IV are hereby DENIED and are GRANTED as to plaintiff's claims of national origin discrimination under counts I, II and IV and age discrimination under Counts I, II and III. Defendant University of Rhode Island's Motion to Dismiss (Document 50) is hereby DENIED.

By Order

Deputy Clerk

ENTER:

Ernest C Torres

Ernest C. Torres
Chief Judge

Date: August 21, 2006