**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF RHODE ISLAND**

JOSEF GORRES

vs. C.A. No.: 04-319T

THE UNIVERSITY OF RHODE ISLAND

## ASSENTED TO MOTION TO CONTINUE TRIAL

NOW COME the plaintiff in the above captioned matter and hereby move this Honorable Court to continue the jury empanelment and trial calendar scheduled for February 20, 2007 to a date on or after March 19, 2007. In support hereof, plaintiff's counsel asserts that he will be before the Worcester County Superior Court for the Commonwealth of Massachusetts for a firm trial date. See Notice to Appear for Trial, Choquette v. Hester, C.A. No.: WOCV2002-02274, dated January 12, 2007 attached hereto as an exhibit. Additionally, plaintiff's counsel has a prescheduled non-jury trial that has been assigned to the Providence County Trial Calendar for the week of March 5, 2007 (Cadillac Lounge v. McAteer v. Gaudet, C.A. No.: PC03-3131).

In further support hereof, defendant's counsel, Attorney Timothy Dodd, has assented to the continuance.

Respectfully submitted:
JOSEF GORRES
By and through his attorney

/s/ David S. Cass
David S. Cass, #5044
194 Waterman Street
Providence, RI 02906
(401) 272-2627
Fax: (401) 272-2708

**Commonwealth of Massachusetts**
**County of Worcester**
**The Superior Court**

CIVIL DOCKET# **WOCV2002-02274**

RE: **Choquette II et al v Hester et al**

TO:David S Cass, Esquire
194 Waterman Street
1st floor Unit 1
Providence, RI 02906

## NOTICE TO APPEAR FOR TRIAL

A trial has been scheduled for the above referenced case as follows:

DATE: **02/20/2007**
TIME: **09:00 AM**
LOCATION: **Rm 12 (Session A)**

**Firm date 3-5 days**

All trial counsel are required to attend.

Dated at Worcester, Massachusetts this 12th day of January,2007.

BY:

Joanne C. Herring
Assistant Clerk

Telephone: 508-770-1899, Ext. 122 or Ext. 121 (Session Clerk)

**Disabled individuals who need handicap accommodations should contact the Administrative Office of the Superior Court at (617) 788-8130**
*Check website as to status of case:* ***http://ma-trialcourts.org/tcic***

cvctrinot_2.wpd 237016 triju herringj