**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

JOSEPH GORRES,
Plaintiff

v. CA04-319T

UNIVERSITY OF RHODE ISLAND,
ET AL.,
Defendants

**ORDER**

I hereby recuse myself from participation in the above-referenced matter.

By Order:

Deputy Clerk

ENTER:

Senior U.S. District Judge
Ernest C. Torres
date: 1/31/07