UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JOSEPH GORRES

v. CA No. 04-319S

UNIVERSITY OF RHODE ISLAND, ET AL

**ORDER OF RECUSAL**

I hereby recuse myself from participation in this litigation.

By Order:

Deputy Clerk

ENTER:

William E. Smith
U.S. District Judge

DATE: 2/1/07