UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOSEPH GORRES

vs. Ca 04-319ML

UNIVERSITY OF RHODE ISLAND, et als

ORDER

I hereby recuse myself from participation in the above-referenced matter.

BY ORDER:

Mary M. Lisi
Chief U.S. District Judge
February 6, 2007

Entered as an Order of this Court on February 6, 2007.

Barbara Barlette
Deputy Clerk