UNTED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOSEPH GORRES,
Plaintiff

v. CA04-319T

UNIVERSITY OF RHODE ISLAND, et al
Defendant

**WITHDRAWAL STIPULATION**

I, Sandra A. Lanni, hereby withdraw my appearance on behalf of the Defendants, University of Rhode Island and Rhode Island Board of Governors Office of Higher Education.

Respectfully submitted,

/S/

Sandra A. Lanni, Esquire (#2147)
General Counsel, RIBGHE
301 Promenade Street
Providence, RI 02908
(401) 222 6560 Ext. 111
(401) 222-2545 (fax)

**CERTIFICATION**

I hereby certify that a true copy of the within Withdrawal Stipulation was sent via ECF and regular mail to David S. Cass, Esquire, 194 Waterman Street, Providence, RI 02906, Timothy J. Dodd, Esquire, 215 Broadway, Providence, RI 02903, and Jeffrey S. Michaelson, Esquire, P.O. Box 622 7454 Post Road, North Kingstown, RI 02852 on this 9th day of February, 2007, by regular mail, postage prepaid.

/S/

Enter: Ronald R. Lagueux
Sr. USDJ 2/13/07