UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOSEF GORRES | ) | |
| | ) | |
| v. | ) | C.A. No. 04-319L |
| | ) | |
| THE UNIVERSITY OF RHODE ISLAND, A DIVISION OF THE RHODE ISLAND BOARD OF GOVERNORS FOR EDUCATION | ) | |

PRETRIAL ORDER

As a result of a pretrial conference held on February 27, 2007, the Court issues the following order:

1. The University of Rhode Island is not a legal entity. The Board of Governors for Higher Education is a corporate body with the power to sue and be sued and, therefore, the appropriate defendant in this case. However, since all the evidence at issue in this case occurred at the University of Rhode Island, the Court will refer to the defendant as the University of Rhode Island, a Division of the Rhode Island Board of Governors for Higher Education.

2. Count IV of the operative Complaint is the federal Title VII claim for gender discrimination. Counts I and II are state law claims for gender discrimination, but those counts add nothing to the case for purposes of trial. Therefore, the Court hereby severs Counts I and II.

3. The Court hereby bifurcates this case so that the trial

will be only on the issue of liability, i.e., whether there was gender discrimination. Issues relating to remedies will be considered only after the jury verdict if the verdict is for Plaintiff.

4. The Court grants permission to the defendant to file a motion in limine regarding evidentiary questions. That motion will be filed by March 9, 2007, and plaintiff will have until March 16, 2007 to respond.

5. Impanelment will take place on March 20, 2007 at 9:30 a.m. and counsel will conduct voir dire.

6. The Court tentatively intends to start the trial at 10:00 a.m. on March 21, 2007. The parties will notify the Court if there is a problem securing witnesses for that trial date and the Court may adjust the date for the start of trial accordingly.

It is so ordered,

Ronald R. Lagueux
Senior Judge
February 27 , 2007