**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF RHODE ISLAND**

JOSEF GORRES

*vs.* C.A. No.: 04-319L

THE UNIVERSITY OF RHODE ISLAND and
THE RHODE ISLAND BOARD OF GOVERNORS
FOR HIGHER EDUCATION

## CERTIFICATION

I hereby certify that a true copy of the Plaintiff's Objection to Defendant's Motion in Limine was served, through the Court's ECF system, this 16th___ day of March 2007 to:

Jeffrey Michaelson, Esquire
Michaelson & Michaelson
P.O. Box 622
North Kingstown, RI 02852

Timothy Dodd, Esquire
215 Broadway
Providence, RI 02903

/s/ David S. Cass____________________