Case 1:04-cv-00319-L-LDA Document 82 Filed 05/03/2007 Page 1 of 1

**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF RHODE ISLAND**

JOSEF GORRES

*vs.* C.A. No.: 04-319L

THE UNIVERSITY OF RHODE ISLAND and
THE RHODE ISLAND BOARD OF GOVERNORS
FOR HIGHER EDUCATION

**STIPULATION OF DISMISSAL**

By agreement of the parties, Plaintiff's Complaint against Defendants is hereby dismissed with prejudice, no interest, no costs, and no party shall recover costs or attorney's fees against another.

PLAINTIFF
By his attorney,

/s/ David S. Cass
DAVID S. CASS (#5044)
194 Waterman Street
Providence, RI 02906
Tel: (401) 272-2627
Fax: (401) 272-2708

DEFENDANTS
By their attorneys,

/s/ Jeffrey S. Michaelson
Jeffrey Michaelson, Esquire (#3299)
Michaelson & Michaelson
P.O. Box 622
North Kingstown, RI 02852
Tel: (401) 295-4330
Fax: (401) 295-5220

/s/ Timothy Dodd
Timothy Dodd, Esquire (#3150)
215 Broadway
Providence, RI 02903
Tel: (401) 272-3900
Fax: (401) 331-1440

ENTER:

Ronald R. Lagueux
Sr. USDJ 5/3/07

PER ORDER: